1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**
9                         **CENTRAL DISTRICT OF CALIFORNIA**
10                              **WESTERN DIVISION**
11
12   IGNACIO NUNEZ,                    )        No. CV 10-6111 CW
                                       )
13              Plaintiff,             )        ORDER
           v.                          )
14                                     )
     MICHAEL J. ASTRUE,                )
15   Commissioner, Social Security     )
     Administration,                   )
16                                     )
                Defendant.             )
17   _____)
18
19          Pursuant to the parties' stipulation, Plaintiff is awarded $1,400
20   in attorney fees under the Equal Access to Justice Act and costs in
21   the amount of $60.
22   DATED: April 4, 2011
23
24                                     _____
                                       CARLA M. WOEHRLE
25                                     United States Magistrate Judge
26
27
28